UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN ARRIANO,

Plaintiff,

v.

CYNTHIA ROJAS, et al.,

Defendants.

Case No. 26-cv-08919-JD

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP TO MCKENZIE V. BORLA, ET AL., 25-CV-02820-TLT**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to *McKenzie v. Borla, et al.*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: September 28, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California